BOARDSEN ASSOCIATES *v.* JOSEPH T. O'NEIL
(13182)

DUPONT, C. J., and HEIMAN and SPEAR, Js.

Submitted on briefs September 16—decision released October 4, 1994

*Michael Bradley* filed a brief for the appellant (Deirdre A. Smith).

*Robert B. McLaughlin* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.